Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | Case No: 2:17-cv-03024-JZB |
| Plaintiff, | **Notice of Settlement** |
| vs. | |
| Phoenix Extend-A-Suites LLC, | |
| Defendant. | |

Please take notice that the Parties have resolved and settled this matter.

RESPECTFULLY SUBMITTED this 31st day of May, 2018

*/s/ Peter Strojnik*
_____
Peter Strojnik, 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone:  (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff