# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Fernando Gastelum, Plaintiff -vs- Phoenix Extend-A-Suites LLC, Defendant. | CV-17-3024-PHX-DGC (JFM) **Order** |
|---|---|

This matter was referred to the undersigned for purposes of conducting a settlement conference. (Order 4/26/18, Doc. 47.) The conference was set for June 13, 2018. (Order 5/3/18, Doc. 50.) On May 31, 2018, Plaintiff filed a Notice of Settlement (Doc. 51) reflecting a settlement of the matter.

**IT IS THEREFORE ORDERED** the settlement conference set for June 13, 2018 and the deadline for supplementation of settlement memoranda set for June 4, 2018 are **VACATED**, to be reset if the settlement is not timely completed.

Dated: June 5, 2018

17-3024o Order 18 06 05 re Vacate Sched Conf.docx

James F. Metcalf
United States Magistrate Judge

1